NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GRAHAM JACKMAN,                          )
                                         )
            Appellant,                   )
                                         )
v.                                       )        Case No. 2D18-349
                                         )
WILMINGTON SAVINGS FUND                  )
SOCIETY, FSB, AS TRUSTEE OF THE          )
STANWICH MORTGAGE LOAN TRUST A;          )
JPMORGAN CHASE BANK; FRANKLIN            )
CREDIT MANAGEMENT CORPORATION;           )
CAPITAL ONE N.A.; and PINELLAS           )
COUNTY CLERK OF COURT,                   )
                                         )
            Appellees.                   )
_____)

Opinion filed October 26, 2018.

Appeal from the Circuit Court for Pinellas
County; Jack Day, Judge.

Michael Farrar, Aventura, for Appellant.

Ryan M. Schmidt of Coats Quinn Schmidt,
P.A., Saint Petersburg, for Appellee
Franklin Credit Management Corporation.

No appearance for remaining Appellees.


PER CURIAM.


            Affirmed.


KHOUZAM, LUCAS and SALARIO, JJ., Concur.